450 A.2d 1069

Commonwealth v. Weaver, Appellant.
Petition for Allowance of Appeal
Denied March 23, 1983.

Argued December 14, 1981. Chester C. Corse, Jr., for appellant; John A. Kenneff, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Judgment of sentence affirmed.